IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN P. REILLY,

    *Petitioner*,

v.                                         Case No.: 4:21cv118-MW/MJF

MARK S. INCH,

    *Respondent*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Petitioner's objections, ECF No. 20. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 19, is **accepted and adopted**, over the Petitioner's objections, as this Court's opinion. The Respondent's motion to dismiss, ECF No. 13, is **GRANTED**. The Clerk shall enter judgment stating, "Petitioner's petition for writ of habeas corpus, ECF No. 1, is **DISMISSED for lack of jurisdiction**." The Clerk shall close the file.

SO ORDERED on September 15, 2021.

                                                 s/Mark E. Walker
                                                 **Chief United States District Judge**