IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SEAN P. REILLY,**

*Petitioner*,

v.                                                    Case No.: 4:21cv118-MW/MJF

**RICKY DIXON,**

*Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 59. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 59, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging the 2009 judgment of conviction and the 2015 revocation of probation in *State of Florida v. Sean P. Reilly*, Leon County

Circuit Court Case No. 2008-CF-4221, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall close the file.

**SO ORDERED on August 14, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
